*15*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 09 2019

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

_Anderson Coutinho Silva_____, Plaintiff

v.

_United States of America_,

_C.O. Shawl_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

_maximum - ADX POBOX 850, Florence, CO 81226, C.O. Shawl_

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

*16*

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Coutinho Silva #14654-066  US Penitentiary max Po Box 8500

(Name, prisoner identification number, and complete mailing address) Florence, Co. 81226-8500

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_    Pretrial detainee
\_\_\_\_    Civilly committed detainee
_✓_    Immigration detainee
\_\_\_\_    Convicted and sentenced state prisoner
\_\_\_\_    Convicted and sentenced federal prisoner
\_\_\_    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  C.O. SHAWL, ADX US Pnitentiary max Po Box
(Name, job title, and complete mailing address)

8500 Florence, co. 81226-8500

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _✓_ Yes \_\_\_ No (*check one*).  Briefly explain:

Defendent's C.O. SHAwl

Defendant 1 is being sued in <u>his</u>/her \_\_\_ individual and/or _✓_ official capacity.

2

*17*

Defendant 2: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

*He is a Federal C.O Office*

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.     JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___     42 U.S.C. § 1983 (state, county, and municipal defendants)

✓     ~~Bivens v. Six Unkno~~wn *Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants) *Tort Claim 28 USC-1346*

___     Other: (*please identify*) _____

*18*

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ___TorT Claim againsT C.O. SHAWl___

Supporting facts: the officeRs enTered to mY Cell and BeGan to assaulT me ouTSide of the view of the RanGe CameRa BY EnTerinG all the waY Inside mY cell which IS ProlibiTd BY INsTiTuTional SecuRiTY ProToCol of a SuPermaX So while i was in ResTRainTs i was assaulTed BY The STaff and then his Fellow C.O-worKers atTemTed to FRaudulenT conceal the assaulT BY claiming I aTTemPTed To assaulT STaff while I was in handcuffs; RequesTed RELIEF: I am REQUESTing $10,000,000 Ten million US DollaRs:

4

20

This is The Lawsuit continuation Pages

Claim one: 8TH Amendment Violation
crew and Unusual Punishment; and Diliberant
indifference to my Serious medical needs:

Supporting Grounds: as a Inmate in the custody
of the United States Attorney General and the
Federal Bureau of Prison was assigned as
my Custodian; I have a Constitutinal Rigt To
be Safe and Provided with Safet and Proper
Treatmet for medical care;

*23*

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you
were incarcerated?  _✓_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one
previous lawsuit, use additional paper to provide the requested information for each previous
lawsuit.  Please indicate that additional paper is attached and label the additional pages
regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    United States of America
Food Service Director; Ramirez

1: 19- cv- 0783

Docket number and court:    District of Pennsylvania

Claims raised:    BRAZIL

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) The case still pending

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:    _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal
court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or
judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ___ No (*check one*)

Did you exhaust administrative remedies? I filed a BP-8 BP-9 BP-10 BP-11
and with The F.B.O.P and tort Claim
_✓_ Yes ___ No (*check one*)    TRT-NCR-2019-03372

*30*

### G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed
to identify the relief you are requesting, use extra paper to request relief. Please indicate that
additional paper is attached and label the additional pages regarding relief as "G. REQUEST
FOR RELIEF."*

I would LiKE to Be Awarded
$ 10,000,000.00 = Ten million US Dollars
and all OFFicials T.O Be Disaplined:
#2 RequsT for Relief
I would like to Be Remuved From The ADX, I Feel
my LYFe BeinG ThReatened BY C.O.

### H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. §1346;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

08/30/2019
(Date)

(Form Revised December 2017)

6