IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 02 2019

JEFFREY P. COLWELL
CLERK

Civil Action No. **1:19-CV-02563-GPG**
(To be supplied by the court)

**Anderson Coutinho-Silva**, Plaintiff

v.

**United States of America**,

**number one C.O. Shault**,

**D. Keehan**,

**J. Welch**,

**J. Bonetto**, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Coutinho Silva # 64654-066 US Penitentiary max Po Box 8500, Florence, CO. 81226-8500
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
✓ Immigration detainee
___ Convicted and sentenced state prisoner
✓ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: C.O. Shaull, ADX US Pnitentiary max PoBX
(Name, job title, and complete mailing address)

8500 Florence, CO 81226-8500

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Defendant is C.O. for the BOP

'Defendant 1 is being sued in <u>his</u>/her ___ individual and/or ___ official capacity.

2

Defendant 2: _V. Welch, C.O. ADX US Pnitentiary max_
(Name, job title, and complete mailing address)

_PoBx 8500 florence, Co 81226-8500_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:

_Defendant is C.O. for the BoP_

Defendant 2 is being sued in his/her ___ individual and/or _✓_ official capacity.

Defendant 3: _C.O. D. Keehan ADX US Pnitentiary max_
(Name, job title, and complete mailing address)

_PoBx 8500 florence, Co 81226-8500_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:

_Defendant is C.O. for the BoP_

Defendant 3 is being sued in his/her _his_ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

_✓_ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

Defendant 4: C.O. J. Bonetto
ADX US Pnitentiary max POBX 8500
florence. co 81226-8500

Defendant is c-o- for The BOP

Defendant 4 is being sued in his/her his

Case 1:19-cv-02563-CMA-MEH   Document 21   Filed 12/02/19   USDC Colorado   Page 4 of 9

4

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Tort Claim against C.O. Shawl

Supporting facts: At approximately 2:15 Pm C.O. Shawl came to my cell C04-401 To du a cell rotations. Officer Shawl entered to my cell an began to assault me outside of the view of the range camera by enterig all the way inside my cell which is prohited by institutional security protocol of a supermx so while I was in restraints I was assaulted by the staff and then his fellow co-workers attempted to fraudulent[ly] conceal the assault by claiming I attempted to assault staff while I was in handcuffs. While I was in restraints I was do and ben assault he slammed me on the floor in the showr he jumped on my back ud he knee. and called for assistance. Then chol up C.O. J. Welch D. Keehan and J. Bonetto. I was injured on my back on my rigt leg and I was cut on my left left hand. I cak score on my left hand as pruf. I keif a sick!! to dhe pa firth on november 30/2018. and I send a sick!! to the medical. the medical dunot camd to see me.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): *United States of America and Food Service Director, Ramirez*

Docket number and court: *1:19-CV-0783 District of Pennsylvania*

Claims raised: *Brazil*

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) *The case still pending*

Reasons for dismissal; if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies? *I filed a BP.8 BP.9 BP.10 BP.11 and with the F.B.O.P and Tort Claim TRT-NCR-2019-00372*

✓ Yes ___ No (*check one*)

### G.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* I would like to Be awarded $10,000,000.00 — Ten million US Dollars and all officials to Be Disaplined. and I would like to Be Removed from the ADX. I feel my Lyfe Being threatened By C.O

### H.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Anderson_
(Plaintiff's signature)

11/26/2019
(Date)

(Form Revised December 2017)

4. If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1. Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2. You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3. When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

> Clerk of the Court
> Alfred A. Arraj United States Courthouse
> 901 19th Street, Room A105
> Denver, CO 80294-3589

4. Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to
_____ (defendant(s) or counsel for defendant(s))
at _____ (address) on _____, 20\_\_\_\_.

*Anderson*
Plaintiff's Original Signature

5. The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

(Rev. 8/24/15)   2

