Number 1:19-CV-0253-LTB-GPG

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 14 2020
JEFFREY P. COLWELL
CLERK

## AFFIDAVIT STATEMENT

I Coutinho Silva declare on october 16, 2020 8:20 Am. I Give my Regional Administrative remedy Appeal 1044125-R1. BP.11 to the counselor Robinson to he can sending out. is Ban 54 day And I still not recieve no response from Regional Administrative Remedy Appeal from N.W. Washington. DC. I have a stonger felis they throw my remedy Appeal away to stop my rights to Appeal or when my appeal. they set me up would the knife in my cell now they stop me to Appeal, So I can stay here so they can continue Retaliti Against me Because of the Lawsuit I fild against them.

Im going to atach the DHO Appeal with this Affidavit Statement.
I declare under 28 U.S.C. § 1746 Penalty of Perjury that All is true and correct.

## CERTIFICATE of SERVICE

I hereby certify that on december 3, 2020 I have caused the document or paper to be mailed or served on the following non Cm/ECF Participants by U.S. mail:


Anderson                          12/03/2020
PLAINTIFF's Signature              DATE

Administrative Remedy Number: 1044125-R1

This is in response to your Regional Administrative Remedy Appeal received on August 31, 2020, regarding the decision of the Discipline Hearing Officer (DHO). You were found to have committed the prohibited act of Code #104, Possession of a Weapon. You appeal this decision stating staff did not search the cell prior to your assignment to the cell. You claim the weapon did not belong to you. You request the incident report be expunged.

It is documented that during a search of your cell, a seven-inch piece of metal, sharpened to a point on one end, was found under your sink. Consequently, you were issued an incident report possession of a weapon.

The DHO considered the reporting officer's documented report, photographic evidence, Chain of Custody, quarter history, and your defense that staff failed to search the cell prior to you occupying the cell. The DHO noted that the weapon was found under your sink and you are responsible to ensure your assigned living area is free of contraband. Although you continue to deny the charge, the DHO sufficiently explained why the greater weight of the evidence supports you committed the prohibited act.

The discipline process was conducted in accordance with Program Statement 5270.09, Inmate Discipline Program.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

9-18-2020
Date

J. E. Krueger, Regional Director

10/14/20

COP-out  11/03/2020

to: counselor Robinson

from: coutinho Silva # 64654-066

Robinson can you look in to my Administrative Remedy ID: 1044125-R1.
incident RPT No: 3415190.

Thank you

```
FLMAE          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *   11-24-2020
PAGE 002 OF 002 *          SANITIZED FORMAT               *    06:57:05

REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT----------------------
             RCV-OFC      RCV-FACL    DATE-RCV       STATUS    STATUS-DATE

1044083-F1   17AM/        CLAIMS OFFICERS DENIED PHONE CALL
             FLM          FLM         08-27-2020     CLO       09-04-2020

1044125-R1   20AM/        DHO APPEAL
             NCR          FLM         08-31-2020     CLD       09-18-2020
```

*we have not recieved this yet.*
*11/24/20*

*WRite the remedy Coordinator.*

```
            2 REMEDY SUBMISSION(S) SELECTED
G0000   TRANSACTION SUCCESSFULLY COMPLETED
```

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 2, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : ANDERSON JOSE COUTINHO-SILVA, 64654-066
      FLORENCE ADMAX USP     UNT: C    QTR: C04-212L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 1044125-R1
DATE RECEIVED   : AUGUST 31, 2020
RESPONSE DUE    : OCTOBER 30, 2020
SUBJECT 1       : DHO APPEAL - PROCEDURES
SUBJECT 2       :
INCIDENT RPT NO: 3415190

RECEIPT - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 2, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO   : ANDERSON JOSE COUTINHO-SILVA, 64654-066
       FLORENCE ADMAX USP     UNT: C    QTR: C04-212L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 1044125-R1
DATE RECEIVED   : AUGUST 31, 2020
RESPONSE DUE    : OCTOBER 30, 2020
SUBJECT 1       : DHO APPEAL - PROCEDURES
SUBJECT 2       :
INCIDENT RPT NO: 3415190

Name Cortland Silver
Reg. No. 64654-066
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

LEGAL MAIL
12/04/2020

DENVER CO 802
10 DEC 2020 PM 8 L

Michael E. Hegarty
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST. ROOM A105
DENVER, CO 80294-3589

80294-250151

OFFICIAL BUSINESS

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226
DEC 0 9 2020

DATE: _____

"SPECIAL" "LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction or clarification, wish to return the material for further information or forwarding to another if the writer encloses correspondence for forwarding to this above address.